UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

**2025 DEC 11  PM 3:37**

CLERK

BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA          )
                                  )
        v.                        )        NO.
                                  )        2:25-cr-146-1
FACUNDO DOMINGUEZ-QUITO,          )        (8 U.S.C. § 1326(a))
        Defendant.                )

## INDICTMENT

The Grand Jury charges:

On or about September 2, 2025, in the District of Vermont, the defendant, FACUNDO DOMINGUEZ-QUITO, an alien, was found in the United States after having previously been denied admission, excluded, deported, and removed therefrom on or about April 8, 2011 at or near Hidalgo, Texas, and on or about October 31, 2016 at or near Laredo, Texas, and on or about November 4, 2023 at or near Eagle Pass, Texas, and not having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

(8 U.S.C. § 1326(a))

A TRUE BILL

███████████████████████
FOREPERSON

MICHAEL P. DRESCHER
First Assistant United States Attorney

JONATHAN A. OPHARDT
Assistant United States Attorney
Chief, Criminal Division

CHARLES W. KIRKHAM
Special Assistant United States Attorney
Burlington, Vermont
December 11th, 2025